**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1079**

SHIRLEY ROGERS; TRACY ROGERS,

Plaintiffs - Appellants,

v.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:06-cv-01124-CMH-BRP)

Submitted: October 30, 2008      Decided: November 17, 2008

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert D. Weiss, Fairfax, Virginia, for Appellants. Chuck Rosenberg, United States Attorney, Kevin J. Mikolashek, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Rogers and Tracy Rogers appeal the district court's order granting summary judgment in favor of the United States Department of Housing and Urban Development. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Rogers v. United States Dep't of Hous. & Urban Dev.</u>, No. 1:06-cv-01124-CMH-BRP (E.D. Va. filed Oct. 25, 2007 & entered Oct. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>